IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00064-CV

 

Moses Ramirez,

                                                                                    Appellant

 v.

 

Rodney Vaughn,

                                                                                    Appellee

 

 



From the 66th District Court

Hill County, Texas

Trial Court No. 42328

 



MEMORANDUM  Opinion










 

            Appellant, Moses Ramirez, appealed the
trial court’s Order of Dismissal for Want of Prosecution signed on November 9, 2009.  By letter dated March 15, 2010, the Clerk of this Court notified Ramirez that no docketing statement had been filed and gave Ramirez an additional
21 days to file the docketing statement.  By letter dated March 23, 2010, the Clerk of this Court also notified Ramirez that he must pay or make arrangements to
pay the clerk’s fee and notify the Court of the actions taken within 21 days
from the date of the letter.  

            When more than 21 days passed and no
docketing statement was filed and the Court received no notification of
Ramirez’s actions in paying or making arrangements to pay for the clerk’s fee,
the Clerk warned Ramirez by letter dated April 15, 2010 the appeal would be dismissed without further notice unless, within 21 days of the date of the
letter, a docketing statement was filed and notification of Ramirez’s actions
regarding the clerk’s fee was provided to the Court.  More than 21 days have
passed, and we have not received a docketing statement or notification of
Ramirez’s actions.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.3(b) & (c); 44.3.

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed May 19, 2010

[CV06]